# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D18-1796

————————————————

DARNELL SINGLETON,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

————————————————

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

May 15, 2019

PER CURIAM.

   AFFIRMED.

WETHERELL, RAY, and WINSOR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.